UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DEANDRE EVANS,

        Plaintiff,

    v.                                    Case No. 19-C-1862

STEVE (WCS),

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

Plaintiff DeAndre Evans, proceeding *pro se*, filed a complaint against an individual identified as "Steve (WCS)." Dkt. No. 1. On December 23, 2019, Magistrate Judge Nancy Joseph filed a Report and Recommendation, Dkt. No. 5, recommending that the case be dismissed without prejudice as the complaint failed to state any claim on which relief could be granted. Evans has not filed an objection to this recommendation. After careful consideration of the Report and Recommendation, as well as the record as a whole, the court adopts the Report and Recommendation of the Magistrate Judge and orders the case dismissed. The Clerk is directed to enter judgment forthwith.

Dated at Green Bay, Wisconsin this 16th day of January, 2020.

                                                s/ William C. Griesbach
                                                William C. Griesbach, District Judge
                                                United States District Court